FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEISHA ANN LOPEZ and ADAN LOPEZ ESCAMILLA,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ANTONY J. BLINKEN, et al.,<br><br>　　　　　　Defendants. | No. 2:22-CV-00287-MKD<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>**ECF No. 21** |

Before the Court is the Plaintiffs' Notice of Voluntary Dismissal, ECF No. 15. Fed. R. Civ. P. 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. No opposing party has filed an answer or a motion for summary judgment.

Accordingly, **IT IS ORDERED:**

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's Notice of Voluntary Dismissal, **ECF No. 21**, this matter is **DISMISSED without prejudice** and all parties are to bear their own costs and attorneys' fees.

ORDER GRANTING STIPULATED MOTION TO STAY - 1

2.  All pending dates and deadlines, if any, are **STRICKEN**.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order, provide copies to the parties, and **CLOSE** the file.

DATED February 3, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE
